IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00236-MR-WCM

| | |
|---|---|
| AFARRAH CHARDAE SANDERS )<br>*as Administrator of the Estate of* )<br>*Jackie Israel Sanders* )<br>)<br>          Plaintiff, )<br>v. )<br>)<br>RYAN BAILEY, CODY MCINTYRE, )<br>DEREK DEATON, HUNTER HAYNES, )<br>JEFF SMITH, JOSHUA J. KUJAWA, )<br>MATTHEW OWENS, )<br>WILMER CHAVEZ-PEREZ, )<br>CRAIG KELLER, ELIZABETH SPROUSE, )<br>JOHN COOLEY, JOSHUA GOODWIN, )<br>CHRIS FRANCIS, TIM WRIGHT )<br>)<br>          Defendants. )<br>) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by Brian A. Buchanan. The Motion indicates that Mr. Buchanan, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Jake Erwin, who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 4) and **ADMITS** Jake Erwin to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 21, 2021

W. Carleton Metcalf
United States Magistrate Judge